Morris Cohen, Respondent, v. Metropolitan Casualty Insurance Company of New York, Appellant.— Appeal dismissed unless appellant shall file and serve printed papers and briefs by September first. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

Mollie Goldstein, Respondent, v. David Jacobson, Appellant.— Appeal dismissed unless appellant shall file and serve printed papers and briefs by September first. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

Helen Augusta Conroy, as Guardian ad Litem, of Rita Ann Conroy, an Infant, Appellant, v. Asel J. Bennett and Another, Respondents.— Motion granted and appeal dismissed. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

In the Matter of Nicholas G. Powers, an Attorney.— Issues raised by the petition and answer referred to Willis H. Michell, Esq., of Syracuse, and district attorney of Onondaga county designated to prosecute the proceeding. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

In the Matter of Henry Semo, an Attorney.— Issues raised by the petitions and answers referred to Hon. Irving R. Diefendorf, official referee, and district attorney of Onondaga county designated to prosecute the proceedings. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

In the Matter of the Application of Hon. Jerome L. Cheney for Appointment as an Official Referee.— Application for appointment as an official referee granted. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

In the Matter of William MacLean, an Attorney and Counselor at Law.— Issues raised by the petition and answer referred to Hon. Charles Brown, official referee. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

The County of Steuben, by Its Board of Supervisors, Respondent, v. John D. Theese, Individually and as Executor, etc., Defendant; R. T. Jones and Another, Appellants.— Stay pending appeal granted. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

Robert D. Glennie, Respondent, v. Falls Equipment Company, Incorporated, Appellant, and Wilfred S. Martin, Defendant.— Motion for stay pending appeal denied.' Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

In the Matter of the Application of Jerome J. Luczkowiak for Admission to the Bar.— Application for admission denied. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.